**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-26407-LEIBOWITZ**

**CRISTIAN FERNADNO CAMPUZANO CARDOZO**,
*Petitioner*,

*v.*

**WARDEN, MIRAMAR DETENTION CENTER, *et al.***,
*Respondents.*
_______________________________________/

# ORDER

**THIS CAUSE** comes before the Court on *pro se* Petitioner's Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1], filed on September 16, 2026. In response to the Court's Show Cause Order [ECF No. 3], Respondents represent that Petitioner was provided an individualized bond hearing, after which he was released on bond [ECF No. 5] thereby mooting the Petition. *U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002) ("Because [Petitioner] is not being detained by the INS (or any United States Government entity for that matter), no order from this Court requiring the INS to release him into the community awaiting his final removal could have any effect. . . . Any opinion regarding [Petitioner]'s challenge to his detention . . . would be purely advisory." (internal quotation mark omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED** as moot. The ***Clerk*** is *directed* to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 7, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record